**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000076
29-SEP-2025
08:57 AM
Dkt. 60 OGMD**

NO. CAAP-25-0000076

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

J.C., Plaintiff-Appellee, v.
J.C., Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FDV-22-0001579)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Wadsworth, Presiding Judge, and McCullen, and Guidry, JJ.)

Upon consideration of Defendant-Appellant J.C.'s September 6, 2025 Motion to Dismiss Appeal (**Motion**), the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.  The parties shall bear their own fees and costs.

DATED: Honolulu, Hawaiʻi, September 29, 2025.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge